IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JENNIFER LYNN KELLER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11-CV-637-WDS |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| *Commissioner of Social Security*, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

**STIEHL, District Judge:**

Before the Court is the Report and Recommendation of United States Magistrate Judge Clifford J. Proud (Doc. 21). It recommends that the Commissioner of Social Security's final decision denying plaintiff Jennifer Lynn Keller Disability Insurance Benefits be reversed and that this matter be remanded to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g). The Report and Recommendation included a notice that objections were to be filed on or before April 23, 2012. To date, no objections have been filed.

Upon review of the record, the Court **ADOPTS** the Report and Recommendation (Doc. 21). The Commissioner's decision is **REVERSED** and this matter is **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of the Court is directed to enter judgment accordingly. Each party shall bear its own costs.

**IT IS SO ORDERED.**

**DATED: <u>July 27, 2012</u>**

                                                                                      /s/ WILLIAM D. STIEHL
                                                                                          DISTRICT JUDGE